

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00407-CV

**IN RE** Kathleen Elizabeth **NELSON**

Original Proceeding[1]

PER CURIAM

Sitting:        Luz Elena D. Chapa, Justice
                    Beth Watkins, Justice
                    Lori I. Valenzuela, Justice

Delivered and Filed: June 28, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On May 15, 2023, relator filed an amended petition for writ of mandamus. Relator also filed a motion to stay the underlying proceedings pending final resolution of the petition for writ of mandamus. After considering the petition, real party in interest's response, and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion to strike real party in interest's response is denied. Relator's motion to stay is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2022-CI-11391, styled *In the Matter of the Marriage of Kathleen Elizabeth Nelson and David R. Nelson*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Tina Torres presiding.